O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILLIP G. BOORTZ,<br><br>             Plaintiff,<br><br>   v.<br><br>MTC FINANCIAL INC. dba Trustee Corps, et al.,<br><br>             Defendants. | Case No. EDCV 09-1357-VAP (FFMx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

    Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiff's Complaint against MTC Financial Inc. d/b/a Trustee Corps is DISMISSED WITHOUT PREJUDICE.  The Court orders that such judgment be entered.

Dated: September 2, 2009

*Virginia A. Phillips*
VIRGINIA A. PHILLIPS
United States District Judge